CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 0 6 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MAURICE PRESTON SCOTT, Plaintiff, | ) ) ) Civil Action No. 7:06cv000369 |
| v. | ) ) FINAL ORDER |
| SUSSEX STATE PRISON, et al. Defendants. | ) ) By: Hon. Jackson L. Kiser ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court. Plaintiff is hereby advised that this dismissal constitutes a second "strike" pursuant to 28 U.S.C. §1915(g).[1]

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 6th day of July, 2006.

Senior United States District Judge

---

[1] See Scott v. Blue Ridge Regional Jail Authority, et al., Civil Action No. 7:05cv00281 (W.Va. Sep. 30, 2005).