CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Roanoke
JUL 0 6 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MAURICE PRESTON SCOTT,<br>Plaintiff,<br><br>v.<br><br>SUSSEX STATE PRISON, et al.<br>Defendants. | Civil Action No. 7:06cv000369<br><br>**FINAL ORDER**<br><br>By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court. Plaintiff is hereby advised that this dismissal constitutes a second "strike" pursuant to 28 U.S.C. §1915(g).[1]

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 6th day of July, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge

---

[1] See Scott v. Blue Ridge Regional Jail Authority, et al., Civil Action No. 7:05cv00281 (W.Va. Sep. 30, 2005).